UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

MICHAEL GRECCO PRODUCTIONS, INC.     No.: 1:19-cv-05672-VSB
and MICHAEL GRECCO,

       Plaintiff,                      **CORPORATE DISCLOSURE**
                                           **STATEMENT OF GUARDIAN**
   - against -                      **<u>NEWS AND MEDIA LLC</u>**

GUARDIAN NEWS AND MEDIA LLC and
GETTY IMAGES, INC.

       Defendants.
--------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Guardian News and Media LLC ("The Guardian"), by its undersigned counsel, certifies that (i) it is not publicly traded; and (ii) no publicly held corporation owns 10 percent or more of any stock in The Guardian.

Dated: New York, New York         MILLER KORZENIK SOMMERS RAYMAN LLP
         August 30, 2019

                                              By:    /s/ David S. Korzenik
                                              David S. Korzenik
                                              Terence P. Keegan
                                              1501 Broadway, Suite 2015
                                              New York, New York 10036
                                              Phone: (212) 752-9200
                                              dkorzenik@mkslex.com
                                              tkeegan@mkslex.com
                                              *Attorneys for Guardian News and Media LLC*