UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MICHAEL GRECCO PRODUCTIONS, INC.          No.: 1:19-cv-05672-VSB
and MICHAEL GRECCO,

        Plaintiff,                          **AMENDED CORPORATE**
                                        **DISCLOSURE**
    - against -                         **STATEMENT OF GUARDIAN**
                                        **NEWS AND MEDIA LLC**


GUARDIAN NEWS AND MEDIA LLC and
GETTY IMAGES, INC.

        Defendants.
-------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Guardian News and Media

LLC ("The Guardian"), by its undersigned counsel, certifies that (i) it is a wholly owned

subsidiary of Guardian Media Group plc; and (ii) no publicly held corporation owns 10 percent

or more of any interest in The Guardian.


Dated: New York, New York          MILLER KORZENIK SOMMERS RAYMAN LLP
      August 30, 2019

                      By:    /s/ David S. Korzenik
                      David S. Korzenik
                      Terence P. Keegan
                      1501 Broadway, Suite 2015
                      New York, New York 10036
                      Phone: (212) 752-9200
                      dkorzenik@mkslex.com
                      tkeegan@mkslex.com
                      *Attorneys for Guardian News and Media LLC*