# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

October 31, 2019

**By ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States Courthouse, S.D.N.Y.
40 Foley Square, Room 415
New York, NY 10007

**Re:** *Michael Grecco Productions, Inc. et al. v. Guardian News and Media LLC*,
No. 1:19-cv-05672-VSB
**First Request on Consent To Adjourn Initial Conference**

Dear Judge Broderick:

This firm represents Defendant Guardian News and Media LLC. We write with the consent of Plaintiffs' counsel to request that Your Honor adjourn the Initial Conference from November 8, 2019 to **November 22, 2019**. Alternatively, we propose any date during the week of November 18, or following the Thanksgiving holiday.

We request this adjournment because our firm has prior commitments scheduled on November 8 and throughout that week surrounding a media law conference. This is the parties' first such request and would not affect any other deadlines as none have been set.

Respectfully submitted,

/s/ David S. Korzenik
David S. Korzenik

cc:     Counsel of record via email