```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL GRECCO, MICHAEL GRECCO                              :
PRODUCTIONS, INC.,                                          :
                                                            :
                              Plaintiffs,                   :      19-CV-5672 (VSB)
                                                            :
              -against-                                     :      ORDER OF REFERENCE
                                                            :
                                                            :
                                                            :
GUARDIAN NEWS AND MEDIA LLC,                                :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2019

VERNON S. BRODERICK, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:   December 3, 2019
         New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge