# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

February 7, 2020

**By ECF (unredacted copy by fax)**

Hon. Debra C. Freeman, U.S.M.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

Re:   *Michael Grecco Prods., Inc. et al. v. Guardian News and Media LLC*, **19-cv-5672-VSB**
<u>Status Report</u>

Dear Magistrate Judge Freeman:

We represent Defendant Guardian News and Media, LLC ("Guardian"). We submit this status report on our pre-mediation settlement efforts with counsel for Plaintiffs Michael Grecco and Michael Grecco Productions, Inc. (together, "Grecco"). Below Guardian's statement, we include a statement emailed to us by Grecco's counsel, Stuart Weichsel, who is traveling.

*Guardian's Statement:*

REDACTED




REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

*Grecco's Statement:*

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

*Guardian's Closing Response:*

REDACTED

                    Respectfully submitted,

                    /s/David S. Korzenik
                    David S. Korzenik

CC:    Counsel of Record via ECF and fax