UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
MICHAEL GRECCO, MICHAEL :
GRECCO PRODUCTIONS, INC., :
:
                      Plaintiffs, : 19-cv-5672 (VSB)
:
       -against- : **ORDER**
:
GUARDIAN NEWS AND MIDIA LLC, :
:
                    Defendants. :
:
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2020

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: February 17, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge