# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

March 18, 2020

**BY ECF**
Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re:**   *Michael Grecco Prods., Inc. et al. v. Guardian News and Media LLC*,
**No. 1:19-cv-05672-VSB**
**Response to Plaintiffs' Letter Motion To Reopen Case**

Dear Judge Broderick:

On behalf of Defendant Guardian News and Media LLC ("GNM"), we write to respond to Plaintiffs' letter motion to reopen this case.

We have been communicating with Plaintiffs' counsel, Stuart Weichsel, concerning the status of the settlement payment. GNM initiated the wire transfer to the bank account information provided by Mr. Weichsel from its bank in the United Kingdom on March 10, 2020. We have since forwarded that information to Mr. Weichsel.

We further understand that Plaintiffs were required to file their letter motion to preserve their position in the event of non-payment. But we expect the transfer to process shortly, and will file a Stipulation of Discontinuance when payment is confirmed.

Respectfully submitted,

/s/David S. Korzenik
David S. Korzenik

cc:   Counsel of record via ECF