**Subject:** Re: Guardian/Grecco: Payment info - Typed Settlement ? Wire instructions
**Date:** Tuesday, February 18, 2020 at 3:29:10 PM Eastern Standard Time
**From:** Stuart A. Weichsel
**To:** Zachary Press

Mr. Press --

For payment purposes.

**Bank Routing Number - both ACH and Fedwire - 026009593**

Account Number:   4830 6977 7027

Account Holder Name:  NEW YORK IOLA ATTORNEY TRUST ACCOUNTS

Account Holder Name (Second Line):  STUART WEICHSEL, STROPHEUS LLC

I believe all of the plaintiff duties are now complete.
We would be happy to review and execute a more formal, better drafted, settlement.

Stuart

STROPHEUS LAW LLC
Stuart A. Weichsel, Esq.
(PLEASE NOTE NEW ADDRESS)
60 E 42ND ST STE 4600
New York, NY 10165-0006
Direct     +1(917) 688 2307
Cel         (917) 562 4697
Fax         (917) 534-6306

---

**From:** "Stuart A. Weichsel" <stuart.weichsel@stropheus.com>
**Date:** Tuesday, February 18, 2020 at 3:21 PM
**To:** Zachary Press <zpress@mkslex.com>
**Subject:** Re: Guardian/Grecco: Payment info - Typed Settlement ? Wire instructions

Mr. Press - Please find enclosed the W-9 for MGPI, the corporate plaintiff.
Please make the payment to the Stropheus Attorney Trust account, I will forward wire or ACH information.

Is your firm doing a more formal (and at least typed) settlement?

I will call shortly.

Stuart

STROPHEUS LAW LLC
Stuart A. Weichsel, Esq.
(PLEASE NOTE NEW ADDRESS)
60 E 42ND ST STE 4600
New York, NY 10165-0006
Direct     +1(917) 688 2307
Cel         (917) 562 4697
Fax         (917) 534-6306

---

**From:** "Stuart A. Weichsel" <stuart.weichsel@stropheus.com>
**Date:** Tuesday, February 18, 2020 at 3:07 PM
**To:** Zachary Press <zpress@mkslex.com>
**Subject:** Re: Guardian/Grecco: Payment info

I have asked my client for a W-9 for MGP Inc., the corporate plaintiff that will be receiving the payment. More information will be forthcoming.


STROPHEUS LAW LLC

Stuart A. Weichsel, Esq.
(PLEASE NOTE NEW ADDRESS)
60 E 42ND ST STE 4600
New York, NY 10165-0006
Direct    +1(917) 688 2307
Cel         (917) 562 4697
Fax         (917) 534-6306

---

**From:** Zachary Press <zpress@mkslex.com>
**Date:** Tuesday, February 18, 2020 at 12:38 PM
**To:** "Stuart A. Weichsel" <stuart.weichsel@stropheus.com>
**Subject:** Guardian/Grecco: Payment info

Hi Stuart:

Just tried to reach your direct line. Following up to ask for your client's payment information. Please return my call when you can.

Thanks,
Zach


Zachary Press, Esq.
MILLER KORZENIK SOMMERS RAYMAN LLP
The Paramount Building
1501 Broadway
SUITE 2015
NEW YORK, NY 10036
TEL.: 212-752-9200
FAX: 212-688-3996
Website: MKSR.Law

This e-mail and any attachments are intended for the named addressee(s) only and may contain privileged and/or confidential information.  If you received this e-mail in error, please immediately and permanently delete it and notify me.  Any erroneous receipt is unintentional, no applicable privilege is waived thereby, and any disclosure, copying or distribution of this e-mail is prohibited.