**Subject:** Settlement and Release Agreement - Michael Grecco Productions, Inc. et al v. Guardian News and Media LLC et al 1:19-cv-05672-VSB
**Date:** Monday, March 9, 2020 at 4:17:06 PM Eastern Daylight Time
**From:** Stuart A. Weichsel
**To:** David Korzenik
**CC:** Zachary Press, Terence Keegan
**BCC:** Stuart A. Weichsel, Torina Yamada

TEXT OF SETTLEMENT AGREEMENT.
Settlement and Release Agreement ("Agreement') between Plaintiffs and Defendants.

In exchange for the Defendant's payment of $25,000, within 30 days of this Agreement, Plaintiffs generally release agents of Defendants and their licensees, agents owners, subsidiaries, freelancers (plus others reasonably to be included) from liability for all images owned or claimed to be owned by Plaintiffs used by Defendants and or any Releasees until and including this day, February 13th, 2020.

Defendants shall remove any images owned by Plaintiff and used by Defendant and / or Releasees before or on this day within five days of written notice by Plaintiff without further liability.

Plaintiff has no current intent to enforce claims against any unlicensed party that has been named or identified in this action.

Plaintiff also releases all licensees of Defendant for all claims for which Defendant is released.

Settlement includes all costs and attorney fees. Discontinuance with prejudice to be filed promptly after payment.

"Reasonable reps and warranties from Plaintiff to ownership and non-transfer of claims" [not a sentence]

California release form to be included with Agreement along with release language for any other applicable states.

W-9 must be provided before payment.

No admission of liability or wrongdoing, willfulness, recklessness, negligence, or other level of fault by Defendant or Defendant Releasees.

New York Law and NY SDNY or State jurisdiction, New York County.

The parties intend to replace this Agreement with a further "full agreement."  The present terms are binding. Any dispute over the meaning of its terms will be referred in the first instance to Judge Magistrate Freeman for resolution.

Agreement inures to benefit of parties their successors and assigns.

For Defendants

Attorney in Fact:  David Korzenik

Kerry Eustice for GNM  (Guardian News Media)

For Plaintiffs

Stuart Weichsel, Counsel for Plaintiffs

Michael Grecco, for himself and as officer of Corporate Plaintiff


STROPHEUS LAW LLC
Stuart A. Weichsel, Esq.
(PLEASE NOTE NEW ADDRESS)
60 E 42ND ST STE 4600
New York, NY 10165-0006
Direct     +1(917) 688 2307
Cel          (917) 562 4697
Fax          (917) 534-6306