# Ronald Adelman

Stropheus LLC
60 East 42nd Street, Suite 4600.
New York NY 10165
Ronald.Adelman@Stropheus.com

October 13, 2021

Chief Magistrate Judge Deborah C. Freeman
United States District Court
500 Pearl Street
New York, NY 10007

**Re:** *Michael Grecco Prods., Inc. et al. v. Guardian News and Media LLC*, No. 1:19-cv-05672-VSB:

Dear Judge Freeman:

    I am the remaining attorney of record for Plaintiffs in this matter. I write in response to the Court's email of October 7, 2021 requesting an update on the status of Plaintiffs' letter motion to reopen the matter to request additional attorneys' fees (ECF No. 44). Plaintiffs hereby withdraw that motion with prejudice and respectfully request that the Court close the matter (to the extent it is not already closed).

                                                 Respectfully,

                                                 s/Ronald Adelman

cc:     Counsel of record via ECF