```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL GRECCO, MICHAEL GRECCO                              :
PRODUCTIONS, INC.,                                          :
                              Plaintiff(s),                 :
                                                            :          19-cv-5672 (VSB)
            -against-                                       :
                                                            :               ORDER
GUARDIAN NEWS AND MIDIA LLC,                                :
                                                            :
                              Defendant(s).                 :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I am in receipt of the parties' joint letter dated October 13, 2021, (Doc. 51), whereby Plaintiffs have withdrawn, with prejudice, their motion to reopen the case dated March 18, 2020, (Doc. 44). Accordingly, it is hereby ORDERED that the case is closed, and the Clerk is respectfully directed to close the docket.

SO ORDERED.

Dated: October 19, 2021
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge